# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Pupovic v. Diamond Tucker St. Property, LLC Docket No.: 26-275

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bryan Killian

Firm: Morgan, Lewis & Bockius LLP

Address: 1111 Pennsylvania Avenue, NW, Washington, DC 20004

Telephone: (202) 739-3000 Fax: (202) 739-3001

E-mail: bryan.killian@morganlewis.com

**Appearance for:** Diamond Tucker St. Property; Redemption LLC (Defendants-Appellants)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Roderick David Woods (Roderick D. Woods, P.C.))
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/15/2024 OR

☐ I applied for admission on ____________________.

Signature of Counsel: /s/ Bryan Killian

Type or Print Name: Bryan Killian