# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge.*

---

Karen Pupovic, Ismet Pupovic,

Plaintiffs - Appellees,

v.

Diamond Tucker St. Property, LLC,
Redemption, LLC,

Defendants - Appellants.

---

**ORDER**

Docket No. 26-275

Appellants move for a 60-day extension until September 28, 2026, to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court